# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

**Place of Offense:** _____  **Category No.** II  **Investigating Agency** ATF

**City** Brockton, Littleton, Haverhill

**County** Plymouth, Essex, Middlesex

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number 23-5326-JGD
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____  ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name** Cordell Miller  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name:** _____

**Address:** 85 Evergreen Drive, Haverhill, MA 01835

**Birth date (Yr only):** 1996  **SSN (last 4#):** 8221  **Sex:** M  **Race:** _____  **Nationality:** USA

**Defense Counsel if known:** _____  **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Luke A. Goldworm  **Bar Number if applicable:** 677657

**Interpreter:** ☐ Yes ☑ No  **List language and/or dialect:** _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:** Not in Custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 11/1/2023  **Signature of AUSA:** _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Cordell Miller

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1), 2 | possesion of a firearm by a felon, aiding & abetting | 1 |
| Set 2 | 18 USC 933 | trafficking in firearms | 1 |
| Set 3 | 21 USC 841(a)(1) | distribution & poss. w/intent to distribute a controlled substance | 1 |
| Set 4 | 21 USC 846 | conspiracy to dist. & poss. w/intent to dist. a controlled substance | 1 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**